**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6700**

WAYNE RESPER,

                    Plaintiff – Appellant,

        v.

SECRETARY, DPSCS; OAKLEY IGO; COMMISSIONER OF CORRECTIONS,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Peter J. Messitte, Senior District Judge.  (8:13-cv-03431-PJM)

Submitted:  November 18, 2014       Decided:  November 20, 2014

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne Resper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Resper appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying his motion for reconsideration under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Resper v. Secretary, DPSCS, No. 8:13-cv-03431-PJM (D. Md. Jan. 28 & Apr. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2